# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2019

SEAN F. McAVOY, CLERK

DARREN H.,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 2:18-CV-00104-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 18, is GRANTED.
Defendant's Motion for Summary Judgment, ECF No. 20, is DENIED.
Judgment is entered in favor of Plaintiff. This matter is REVERSED and REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on motions for summary judgment.

Date: March 20, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Pam Howard
*(By) Deputy Clerk*

Pam Howard